■ In the Matter of MARIA C., Respondent, v JORGE R., Appellant. [875 NYS2d 899]—Order, Family Court, Bronx County (Juan M. Merchan, J.), entered on or about May 5, 2008, which denied respondent's objection to a Magistrate's order of support directing payment of child support in the amount of $82 per week, plus a retroactive lump-sum payment of $3,199, unanimously affirmed, without costs.

Since respondent provided insufficient evidence to allow the Support Magistrate to determine his gross income and its application to various asserted medical conditions, the Magistrate had no option but to base his determination of child support on the child's needs (Family Ct Act § 413 [1] [k]), rather than on respondent's means (§ 413 [1] [a]; see Matter of Denham v Kaplan, 16 AD3d 685 [2005]).

We have considered respondent's other arguments and find them unavailing. Concur—Gonzalez, P.J., Nardelli, Catterson, Moskowitz and Renwick, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WARREN SCOTT, Also Known as SCOTT WARREN, Appellant. [875 NYS2d 898]—Judgment, Supreme Court, Bronx County (Barbara F. Newman, J.), rendered February 26, 2008, convicting defendant, upon his plea of guilty, of attempted burglary in the second degree, and sentencing him, as a second felony offender, to a term of three years, unanimously affirmed.

The mandatory surcharge and fees were properly imposed (see People v Guerrero, 12 NY3d 45 [2009]). Concur—Gonzalez, P.J., Nardelli, Catterson and Moskowitz, JJ.